UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  BKY No.: 22-31938
  Chapter 11 Case

**Cameco Technologies, LLC,
d/b/a Cameco Computers,**

    **Debtor.**

## APPLICATION FOR AN ORDER AUTHORIZING
## EMPLOYMENT OF ATTORNEY FOR DEBTOR

1.    Cameco Technologies, LLC, the above-named Debtor, acting as debtor-in-possession ("Debtor"), hereby requests the United States Bankruptcy Court for the District of Minnesota, to appoint Steven B. Nosek, P.A., ("Steven B. Nosek") 2812 Anthony Lane South, Suite 200, St. Anthony, MN 55418, as attorney for the debtor-in-possession during the pendency of the Chapter 11 Bankruptcy proceedings.

2.    The Debtor lacks the necessary skills and knowledge to formulate a Plan of Reorganization of its present debts, nor does it wish to proceed *pro se* during the pending bankruptcy proceedings without securing the advice of and representation by competent legal counsel.

3.    The Debtor has chosen Steven B. Nosek because of his knowledge of the financial affairs and business operations of the Debtor and because of his proven competency in the field of bankruptcy.

4.    The services rendered by Steven B. Nosek include pre-petition planning, analysis of the Debtor's financial situation, planned use of cash collateral and the rendering of advice and assistance in determining if Debtor should file a Petition for Relief under Title 11 of the **United**

States Code, preparation and filing of a Petition for Relief, Statement of Financial Affairs, and other documents required by this Court, representation of the Debtor at expected adversary proceedings, motions, meetings of creditors and formulation of a Plan of Reorganization of the Debtor's business.

5. Payments made to the Debtor's attorney shall be made in accordance with an application for attorney's fees and statements to be filed with this Court pursuant to Bankruptcy Rule 2016-1(b) and (c) and upon future Order of this Court.

6. The Debtor feels that Steven B. Nosek holds no interest which will be adverse to the Debtor or the Debtor's estate and is therefore, "disinterested" within the meaning of and pursuant to §327 of the United States Bankruptcy Code.

7. Steven B. Nosek requests that fee applications be heard at 30-day intervals on the Court's regularly scheduled hearing dates.

Dated: November 23, 2022.

**RESPECTFULLY SUBMITTED,
CAMECO TECHNOLOGIES, LLC
CAMECO COMPUTERS**

By:_____
Serge Ngouambe, President

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                                                               BKY No.: 22-31938

**Cameco Technologies, LLC**
**d/b/a Cameco Computers,**

                 **Debtor.**

---

**AFFIDAVIT OF STEVEN B. NOSEK IN SUPPORT OF THE APPLICATION AUTHORIZING EMPLOYMENT OF ATTORNEY FOR DEBTOR**

---

**STATE OF MINNESOTA**  )
                             ) ss.
**COUNTY OF HENNEPIN**  )

I, Steven B. Nosek, being first duly sworn, state as follows:

1.     I am an attorney with the law firm of Steven B. Nosek, P.A., with an office located at 2812 Anthony Lane South, Suite 200, St. Anthony, MN 55418.

2.     I am familiar with the business operations and financial affairs and financial conditions of the above-named Debtor.

3.     It is the desire of the Debtor to have me represent the Debtor in its proceedings under Title 11 of the United States Code.

4.     Due to my knowledge of the Debtor's business operations and financial affairs, the Debtor believes that I am best suited to represent the interest of the Debtor in these Bankruptcy proceedings.

5.     As a result of the foregoing, I do not hold any interest that is adverse to the Debtor or the Debtor's Estate and I should, therefore, be considered a "disinterested party" within the meaning of and pursuant to §327 of the **United States Bankruptcy Code.**

6. To the best of my knowledge, I do not have any conflicts of interest and I have no connection with the Debtor, its creditors, or any other party in interest, their respective attorneys and accountants or the United States Trustee, with the exception of my representation of Debtor herein.

7. In conjunction with services to be rendered on behalf of the Debtor, I will be charging the Debtor the sum of $300.00 per hour.

8. All compensation to be paid to me shall be subject to Court approval through the submission of fee applications to be made as counsel for the Debtor, and that such fee applications shall include an itemized list of time expended, identify the person expending the time and services provided pursuant to Rule 2016.

9. I will be billing Debtor only for the legal services I actually perform in connection with this matter. I will maintain time and expense records which will be submitted to the Court for review and approval as permitted pursuant to Rule 2016-1(b).

10. I request that fee applications be heard at 30-day intervals on the Court's regularly scheduled hearing dates. This will assist the Court, the Debtor, the U.S. Trustee and other interested parties in determining if I am being compensated inappropriately.

**FURTHER YOUR AFFIANT SAYETH NOT.**

        **STEVEN B. NOSEK, P.A.**

Dated: November 23, 2022.          /e/ Steven B. Nosek
        Steven B. Nosek

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                      BKY No.: 22-31938
                                                                              Chapter 11 Case

**Cameco Technologies, LLC,
d/b/a Cameco Computers,**

              **Debtor.**

---

### ORDER APPROVING EMPLOYMENT OF ATTORNEY FOR DEBTOR

---

This case is before the Court on the Application for an Order Authorizing Employment of Attorney for Debtor (Doc. 5) filed on November 23, 2022, which is authorizing the employment of Steven B. Nosek, of Steven B. Nosek, P.A., as Debtor's chapter 11 counsel. It appears that the attorney selected by the Debtor does not hold or represent any interest adverse to the estate and that he is disinterested within the meaning of 11 U.S.C. §327(a).

**IT IS ORDERED:**

1. The employment of Steven B. Nosek, of Steven B. Nosek, P.A., as Chapter 11 counsel, to represent the debtor-in-possession in carrying out its duties under Title 11 of the United States Bankruptcy Code is approved.

2. Fee applications by Steven B. Nosek, Attorney, may be heard on 30-day intervals from commencement of the case.

Dated:

                                                                      _____

                                                                      United States Bankruptcy Judge