UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | BKY No.: 22-31938 |
| | Chapter 11 Case |
| Cameco Technologies, LLC, d/b/a Cameco Computers, | |
| **Debtor.** | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEY FOR DEBTOR**

This case is before the Court on the Application for an Order Authorizing Employment of Attorney for Debtor (Doc. 5) filed on November 23, 2022, which is authorizing the employment of Steven B. Nosek, of Steven B. Nosek, P.A., as Debtor's chapter 11 counsel. It appears that the attorney selected by the Debtor does not hold or represent any interest adverse to the estate and that he is disinterested within the meaning of 11 U.S.C. §327(a).

**IT IS ORDERED:**

1. The employment of Steven B. Nosek, of Steven B. Nosek, P.A., as Chapter 11 counsel, to represent the debtor-in-possession in carrying out its duties under Title 11 of the United States Bankruptcy Code is approved.

2. Fee applications by Steven B. Nosek, Attorney, may be heard on 60-day intervals from commencement of the case.

Dated: *December 16, 2022*

/e/ Katherine A. Constantine

United States Bankruptcy Judge