# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                                                         BKY No.:  22-31938
                                                                                                                                                             Chapter 11

**Cameco Technologies, LLC,**

**Debtor.**

---

### Notice of Hearing and Interim Application for Allowance
### of Compensation and Reimbursement of Expenses
### of Attorney for Debtor-In-Possession

---

        Steven B. Nosek, P.A. submits this Interim Application for Allowance of Compensation and Reimbursement of Expenses ("Application") for services rendered as counsel for Cameco Technologies, LLC, as Debtor-In-Possession ("Debtor") and moves the Court for the relief requested below.

        1.      1.      The Court will hold a hearing on this Application at 9:30 a.m. on Wednesday, March 8, 2023, before the Honorable Katherine A. Constantine, in Courtroom 8W, US Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, or as soon thereafter as counsel may be heard.

        2.      Any response or objection on to this Application shall be filed and delivered not later than Friday, March 3, 2023, which is five (5) days before the time set for the hearing on this Application (including Saturdays, Sundays and holidays).  **UNLESS A RESPONSE OR OBJECTION OPPOSING THE APPLICATION IS TIMELY FILED, THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING**.

        3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005, and Local Rule 2016-1.  This is a core proceeding.  This case is now pending in this Court, having been filed under Chapter 11 on November 23, 2022.

4.   This is an Application pursuant to 11 U.S.C. §§328 and 330.  This Application is filed under Fed. R. Bankr. P. 2106 and Local Rule 2106-1, for allowance of compensation for legal services rendered by Steven B. Nosek ("Applicant") during the period extending from November 25, 2022 to January 31, 2023, including expenses.

5.   Applicant applied for an order approving employment on November 23, 2022 (Doc. 5).  Applicant's employment was approved by an Order of this Court on December 16, 2022 (Doc. 27), a copy of which is attached to this Application as **Exhibit A**.

6.   On November 17, 2022 the Debtor paid a retainer for this bankruptcy matter in the amount of $8,000.00, which was deposited in Applicant's Trust Account.  A portion of this retainer was applied to prepetition fees and costs, without court authorization, to Applicant as follows: $1,738.00 for the chapter 11 filing fee and $300.00 for the UCC search for a total of $2,038.00 for pre-filing costs and $1,500.00 for pre-filing attorney fees, leaving a balance of $4,462.00, of which remains in Applicant's Trust Account.

7.   No plan has been confirmed in this case.

8.   There have been no previous awards or applications for attorney's fees filed.  This is the first Application filed in this case.

9.   To the best of Applicant's knowledge, there are unpaid administrative expenses as of the date of this Application, exclusive of professional fees yet to be approved by the court, ordinary course expenses and, fees approved but not yet paid.

10.   From November 25, 2022 to January 31, 2023, Applicant rendered legal services to the Debtor relating to this bankruptcy case, all of which have been reasonable and necessary and benefit to the estate.  Such services include the following:

| DESCRIPTION | HOURS | BILLED |
|---|---|---|
| General Representation – Chapter 11 | 41.40 | $12,420.00 |
| Expenses/Costs | Postage ($110.55) & Filing Amended Schedules ($64.00) | $174.55 |
| **TOTAL:** | | **$12,594.55** |

11.     As a result of the work by Applicant, the Debtor has, among other things, (a) filed with the court all required documents for "first day motions", including those for wages and for employing the Debtor's counsel and obtaining approval of the same; (b) several telephone conferences with Debtor, the Debtor's hard money lenders and/or their attorneys and the US Trustee through the course of this Application; (c) received and sent numerous emails to the Debtor, the US Trustee and Debtor's hard money lenders and/or their attorneys during the course of this Application; (d) attended the "first day motion" hearing; (e) prepared and filed all required financial reports, including coordinating the preparation and filing of the balance of the debtor's schedules; (f) attended the IDI meeting with debtor; (g) received and reviewed several documents through the time period of this Application; (h) several telephone conferences with the client and attorneys involved in this case; (i) attended the 341 Meeting of Creditors; (j) filed Amended Schedules; (j) attended telephonic hearings; (k) prepared, filed and served an application to employ Account – Santosh Basnet for the Debtor; and (l) reviewed and filed Debtor's Monthly Operating Report.

12. Based on the billing detail prepared by Applicant contemporaneously with the performance of services from November 25, 2022 to January 31, 2023, Applicant has expended 41.40 hours of legal time, for total fees in the amount of $12,420.00 and expenses in the sum of $174.55. Attached to this Application as **Exhibit B** is the invoice itemizing Applicant's time and expenses for all services rendered from November 25, 2022 through January 31, 2023.

13. The following is a chart of hourly rates charged for each person whose time is included in this Application.

| Applicant | Billing | Hours | Billed |
|---|---:|---:|---:|
| Steven B. Nosek | $300.00 | 41.40 | $12,420.00 |

14. All services for which compensation is requested by Applicant were performed for and on behalf of the Debtor.

15. The amount requested herein constituted reasonable compensation for actual necessary services and costs rendered by Applicant, based on the nature, the extent, and the value of such services, the time spent on such services and the cost of comparable services.

16. Applicant has not entered into any agreement, express or implied, with any other party in interest, including any creditor, receiver, trustee or any representative of any of them, or with any attorneys for such party in interest in the proceedings, for the purpose of fixing fees or other compensation to be paid to such party in interest in the proceeding for services rendered or expenses incurred in connection therewith from the assets of the estate in excess of the compensation allowed by law. In addition, Applicant states that the fees ultimately allowed by this court will not be shared with anyone except that the fees will become part of the general funds of Steven B. Nosek, P.A.

**WHEREFORE**, Applicant respectfully requests interim allowance of compensation to Steven B. Nosek in the total amount of $12,594.55 for fees and expenses from November 25,

2022 through January 31, 2023, and that debtor be allowed to apply the same from the pre-petition retainer balance in the amount of $4,462.00, and for an order allowing the Debtor to pay its counsel the difference of $8,132.55, as an administrative expense.

**STEVEN B. NOSEK, P.A.**

Dated: February 10, 2023.   By:   /e/ Steven B. Nosek
Steven B. Nosek (No. 79960)
2812 Anthony Lane South
Suite 201
St. Anthony, MN 55418
Telephone: (612) 335-9171
snosek@noseklawfirm.com
**Attorney for Debtor**

## VERIFICATION

I, Steven B. Nosek, Trustee, named in the foregoing document, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: February 10, 2023.   /e/ Steven B. Nosek

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                             BKY No.:  22-31938

Chapter 11 Case

**Cameco Technologies, LLC,**
**d/b/a Cameco Computers,**

          **Debtor.**

## ORDER APPROVING EMPLOYMENT OF ATTORNEY FOR DEBTOR

This case is before the Court on the Application for an Order Authorizing Employment of Attorney for Debtor (Doc. 5) filed on November 23, 2022, which is authorizing the employment of Steven B. Nosek, of Steven B. Nosek, P.A., as Debtor's chapter 11 counsel.  It appears that the attorney selected by the Debtor does not hold or represent any interest adverse to the estate and that he is disinterested within the meaning of 11 U.S.C. §327(a).

**IT IS ORDERED:**

1. The employment of Steven B. Nosek, of Steven B. Nosek, P.A., as Chapter 11 counsel, to represent the debtor-in-possession in carrying out its duties under Title 11 of the United States Bankruptcy Code is approved.

2. Fee applications by Steven B. Nosek, Attorney, may be heard on 60-day intervals from commencement of the case.

Dated:  *December 16, 2022*

                                                                      /e/ Katherine A. Constantine

                                                                      United States Bankruptcy Judge

EXHIBIT A

Invoice submitted to:

Cameco Technologies
Cameco Technologies, LLC
Attn: Serge Ngouambe
719 Minnehaha Avenue East
St. Paul, MN 55106

January 31, 2023

In Reference To: GenRep

10015.01

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/25/2022 | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| | SBN | Draft Motion re: Cash Collateral. | 1.30 300.00/hr | 390.00 |
| 11/28/2022 | SBN | Review material received; Emails to client. | 0.80 300.00/hr | 240.00 |
| | SBN | Prepare pleadings: First day motions. | 2.00 300.00/hr | 600.00 |
| | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| 11/29/2022 | SBN | Email to client re: US Trustee requirements. | 0.20 300.00/hr | 60.00 |
| | SBN | Prepare and file Supplemental Affidavit. | 0.40 300.00/hr | 120.00 |
| | SBN | Complete, file and serve First day motions. | 1.00 300.00/hr | 300.00 |
| | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| | SBN | Telephone conference with Kaminski. | 0.20 300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |

snosek@noseklawfirm.com

EXHIBIT B

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2022 | SBN | Telephone conference with Kaminski. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with Kaminski. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with Kaminski. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Review material received; Telephone conference with Sarah Wencil. | 0.40<br>300.00/hr | 120.00 |
| 12/1/2022 | SBN | Telephone conference with Kaminski; Review documents received. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Conference with client. | 0.40<br>300.00/hr | 120.00 |
| | SBN | Attend First Day Motion Hearings. | 1.80<br>300.00/hr | 540.00 |
| 12/2/2022 | SBN | File pleadings with bankruptcy court; Email to Fox Attorney; Submit Orders to Judge Constantine; Telephone conference with client. | 1.50<br>300.00/hr | 450.00 |
| | SBN | Email to US Trustee. | 0.20<br>300.00/hr | 60.00 |
| 12/5/2022 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Email to Amazon attorney. | 0.20<br>300.00/hr | 60.00 |
| 12/6/2022 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| 12/7/2022 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| 12/8/2022 | SBN | Review material received. | 0.20<br>300.00/hr | 60.00 |


EXHIBIT B

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2022 | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| 12/12/2022 | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| | SBN | Emails to Vivian Capital, Slate Funding and Attorney for Fox Capital. | 0.60 300.00/hr | 180.00 |
| 12/13/2022 | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| 12/14/2022 | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| | SBN | Email to US Trustee. | 0.20 300.00/hr | 60.00 |
| 12/15/2022 | SBN | Prepare Schedules and SOFA. | 2.00 300.00/hr | 600.00 |
| | SBN | Conference with client. | 0.60 300.00/hr | 180.00 |
| | SBN | Telephone conference with UST - IDI Meeting. | 0.60 300.00/hr | 180.00 |
| 12/16/2022 | SBN | File balance of Amended Petition, balance of Schedules and Statements. | 1.00 300.00/hr | 300.00 |
| 12/19/2022 | SBN | Review material received. | 0.40 300.00/hr | 120.00 |
| 12/20/2022 | SBN | Review material received; Email to US Dept. Of Labor. | 0.40 300.00/hr | 120.00 |
| | SBN | Emails to client. | 0.20 300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| 12/21/2022 | SBN | Telephone conference with client. | 0.20 300.00/hr | 60.00 |
| | SBN | Review material received. | 0.20 300.00/hr | 60.00 |
| | SBN | Participate in telephonic 341 Meeting of Creditors. | 0.80 300.00/hr | 240.00 |



| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2022 | SBN | Emails to Slate, Spark, Fox and Vivian. | 0.40<br>300.00/hr | 120.00 |
| 12/27/2022 | SBN | Review material received. | 0.60<br>300.00/hr | 180.00 |
| | SBN | Telephone conference with Shanna Kaminski | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Prepare Application, Affidavit and Order re: Basnet. | 1.00<br>300.00/hr | 300.00 |
| | SBN | Email to Shanna Kaminski | 0.20<br>300.00/hr | 60.00 |
| 12/28/2022 | SBN | Review material received. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with Shanna Kaminski. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Email to IRS and Email to Basnet. | 0.40<br>300.00/hr | 120.00 |
| | SBN | Prepare Amended Schedules. | 1.00<br>300.00/hr | 300.00 |
| | SBN | Prepare US Trustee Form; Email to client. | 0.40<br>300.00/hr | 120.00 |
| 12/29/2022 | SBN | Conference with client; Attend bankruptcy court hearing. | 1.50<br>300.00/hr | 450.00 |
| | SBN | Email to US Trustee. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Prepare Cash Collateral Order and submit to Court. | 0.50<br>300.00/hr | 150.00 |
| | SBN | Telephone conference with Shanna Kaminski. | 0.20<br>300.00/hr | 60.00 |


EXHIBIT B

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Prepare and file Affidavit of Debtor. | 0.50<br>300.00/hr | 150.00 |
| 1/4/2023 | SBN | Telephone conference with US Department of Labor. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Email to client. | 0.20<br>300.00/hr | 60.00 |
| 1/5/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Email to Kaminski | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Email to Santosh Basnet. | 0.20<br>300.00/hr | 60.00 |
| 1/6/2023 | SBN | Review material received; Email to client. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | File Amended Schedules. | 0.20<br>300.00/hr | 60.00 |
| 1/9/2023 | SBN | Review material received; Telephone conference with client. | 0.80<br>300.00/hr | 240.00 |
| 1/10/2023 | SBN | Telephone conference with IRS. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Telephone conference with client. | 300.00/hr | NO CHARGE |
| 1/11/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| 1/12/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
|  | SBN | Emails to client. | 0.40<br>300.00/hr | 120.00 |


EXHIBIT B

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2023 | SBN | Review material received. | 0.30<br>300.00/hr | 90.00 |
| 1/17/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with Santosh Basnet; Email to Santosh Basnet. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Email to James & Associates. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Email to US Trustee. | 0.20<br>300.00/hr | 60.00 |
| 1/19/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| 1/20/2023 | SBN | Telephone conference with Department of Labor; Email to client. | 0.20<br>300.00/hr | 60.00 |
| 1/23/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| 1/24/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Emails to client. | 0.20<br>300.00/hr | 60.00 |
| 1/25/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Prepare Response to US Trustee's Motion. | 1.20<br>300.00/hr | 360.00 |
| | SBN | Prepare Amended Schedule F and Amended Summary, et al. | 0.50<br>300.00/hr | 150.00 |
| 1/26/2023 | SBN | Telephone conference with Santosh Basnet. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with Latuff. | 0.20<br>300.00/hr | 60.00 |



EXHIBIT B

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/27/2023 | SBN | File Response to US Trustee's Motion. | 0.80<br>300.00/hr | 240.00 |
| | SBN | File and serve Amended Schedules, et al. | 0.80<br>300.00/hr | 240.00 |
| 1/30/2023 | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Review and file US Trustee Report. | 0.70<br>300.00/hr | 210.00 |
| 1/31/2023 | SBN | Telephone conference with US Trustee. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Email to client. | 0.20<br>300.00/hr | 60.00 |
| | SBN | Telephone conference with client. | 0.20<br>300.00/hr | 60.00 |
| **For professional services rendered** | | | **41.40** | **$12,420.00** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 11/29/2022 | Postage. | 38.88 |
| 12/6/2022 | Postage. | 15.96 |
| 12/19/2022 | Postage. | 16.53 |
| 1/6/2023 | Bankruptcy Court Filing Fee - Amended Schedules | 32.00 |
| | Postage. | 19.38 |
| 1/27/2023 | Bankruptcy Court Filing Fee - Amended Schedules | 32.00 |
| | Postage. | 19.80 |
| **Total additional charges** | | **$174.55** |
| **Total amount of this bill** | | **$12,594.55** |
| Balance due | | $12,594.55 |


EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | BKY No.: 22-31938 |
| | Chapter 11 |
| **Cameco Technologies, LLC,** | |
| **d/b/a Cameco Computers,** | |
| | |
| **Debtor.** | |

---

### UNSWORN CERTIFICATE OF SERVICE
---

I hereby certify that on **February 10, 2023**, I caused a copy of **Notice of Hearing and Interim Application for Allowance of Compensation and Reimbursement of Expenses of Attorney for Debtor-In-Possession; Verification; Exhibits A & B; and Proposed Order** to be filed electronically with the Clerk of Court through CM/ECF and that CM/ECF will send an e-notice of the electronic filing via CM/ECF to each party registered to receive notice in this case.

I further certify that on **February 10, 2023,** I caused a copy of the **Notice of Hearing and Interim Application for Allowance of Compensation and Reimbursement of Expenses of Attorney for Debtor-In-Possession; Verification; Exhibits A & B; and Proposed Order** to be emailed and/or mailed (as stated on the attached list) by US Mail, postage pre-paid, to the all parties on the attached service list:

                                                   **STEVEN B. NOSEK, P.A.**

Dated: February 10, 2023.                   /e/ Steven B. Nosek
                                                   Steven B. Nosek, #79960
                                                     2812 Anthony Lane South, Suite 200
                                                     St. Anthony, MN 55418
                                                     (612) 335-9171
                                                     snosek@noseklawfirm.com
                                                     **ATTORNEY FOR DEBTOR**

The parties on this Service List with a red "X" over their name and address have been omitted from service for the following reason: (1) they are registered to receive service via CM/ECF in this case; (2) the address is a duplicate address; (3) the address is a bad address for service; (4) they have an attorney who is registered to receive service on their behalf via CM/ECF in this case.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-3<br>Case 22-31938<br>District of Minnesota<br>St Paul<br>Fri Feb 10 09:10:06 CST 2023 | Cameco Technologies, LLC<br>719 Minnehaha Avenue East<br>Saint Paul, MN 55106-4441 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Minnesota Department of Revenue<br>Bankruptcy Section<br>PO Box 64447<br>St Paul, MN 55164-0447 | Securities and Exchange Commission<br>Bankruptcy Section<br>175 W Jackson Blvd Ste 900<br>Chicago, IL 60604-2815 |
| Siddiqui & Basnet, LLC<br>2429 University Ave West #100<br>St Paul, MN 55114-1541 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | United States Attorney<br>600 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 |
| St Paul<br>200 Warren E. Burger Federal Building<br>and US Courthouse<br>316 N Robert St<br>St Paul, MN 55101-1495 | 5th Street Ventures, LLC<br>Attn: Joel Buttenhoff<br>21000 State Hwy 7<br>Excelsior MN 55331-7204 | Ainsworth Gorkin PLLC<br>Yeshaya Gorkin<br>PO Box 605<br>New York NY 10038 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Brown & Joseph LLC<br>Patrick Helmecy-Collector<br>1 Pierce Place, Ste 700 W<br>Itasca IL 60143-2606 | Cain & Daniels, Inc.<br>4902 Eisenhower Blvd, Ste 216<br>Tampa FL 33634-6323 |
| DHL Express (USA) Inc<br>16592 Collections Dr<br>Chicago IL 60693-0001 | Digital P Enterprises<br>3800 Colorado Avenue, Unit 1<br>Boulder CO 80303-2113 | Digital P Enterprises, LLC<br>3800 Colorado Avenue<br>Unit 1<br>Boulder, CO 80303-2103 |
| Everest LLC<br>Cesar Banderas<br>707 Minnehaha Ave E<br>Saint Paul MN 55106-4441 | Fox Capital Group, Inc.<br>Attn: Ana<br>140 Broadway - 46th Floor<br>New York NY 10005-1155 | INS Brokers Inc.<br>dba ViaTek Solutions<br>11399 47 Street North<br>Clearwater FL 33762-4963 |
| IRS-Small Business Division<br>Jonathan H Van Dyke - M/S5128<br>1550 American Blvd E Ste 600<br>Bloomington MN 55425-3106 | Internal Revenue Service<br>Centralized Insolvency Office<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Kaminski Law, PLLC<br>Shanna Kaminski<br>PO Box 247<br>Grass Lake MI 49240-0247 |
| Lieberman & Klestzick LLP<br>Attn: Joe<br>PO Box 356<br>Cedarhurst NY 11516-0356 | MTL Companies<br>Attn: Liz<br>4025 85th Ave N<br>Brooklyn Park MN 55443-1909 | Minnesota Revenue<br>PO Box 64447-BKY<br>St Paul MN 55164-0447 |
| Re-Source Partners<br>Heather Plastow<br>1250 Allen Drive<br>Troy MI 48083-4011 | Richard James & Associates<br>Jay Shaw<br>4317 NE Thurston Way #270<br>Vancouver WA 98662-6673 | Serge Nazaire Ngouambe<br>8947 Carter Court<br>Inver Grove Heights MN 55076-3538 |

| | | |
|---|---|---|
| Sherman Insurance Agency<br>120 Bridgepoint Way, #C<br>South Saint Paul MN 55075-2499 | Slate Advance<br>475 Oberlin Ave S<br>Lakewood NJ 08701-7024 | Spark Funding, LLC<br>dba Fundamental Capital SPE LLC<br>100 Garden City Plaza Ste 410<br>Garden City NY 11530-3216 |
| Summit 360<br>Attn: Carrie Babinski<br>2935 Waters Rd, Ste 200<br>St Paul MN 55121-1687 | Thomas Block, Collections Spec.<br>Merel Corp.<br>111 John Street Ste 1210<br>New York NY 10038-3118 | U.S. Trustee<br>300 South Fourth Street, Suite 1015<br>Minneapolis, MN 55415-3070 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158-3686 | Unishippers<br>Attn: Frank Basanese<br>PO Box 677<br>Rockaway NJ 07866-0677 | Vivian Capital Group, LLC<br>486 Market Street<br>Newark NJ 07105-2916 |
| Wagner Falconer & Judd Ltd<br>Jeffrey S. Nicolet<br>80 S 8th St. #1700<br>Minneapolis MN 55402-2100 | YRC Enterprise Services Inc.<br>11500 Outlook Street, #400<br>Leawood KS 66211-2030 | Yeshaya Gorkin<br>Levi Ainsworth<br>111 John Street, 12th Street<br>New York NY 10038 |
| Steven B Nosek<br>Steven Nosek PA<br>2855 Anthony Ln S<br>Ste 201<br>St Anthony, MN 55418-2637 | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 22-31938
Chapter 11

Cameco Technologies, LLC,
        Debtor.

**ORDER FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR DEBTOR-IN-POSSESSION**

This matter came before the Court on the Interim Application of Steven B. Nosek for fees and expenses pursuant to §328 and §330 from November 25, 2022 to January 31, 2023 filed on February 10, 2023 (Doc. ___). Based on the Application and the record,

**IT IS ORDERED**:

1. Steven B. Nosek's request for approval of his interim fees and costs for the period of November 25, 2022 through January 31, 2023 in the total amount of $12,594.55 is approved; and

2. Steven B. Nosek is permitted to apply the pre-petition retainer received in the amount of $4,462.00 against the allowed fees in the amount of $12,420.00 and costs in the amount of $174.55 for a total amount of $12,594.55 and, the balance due in the amount of $8,132.55 is allowed as an administrative expense.

Dated:

                                            Katherine A. Constantine
                                            United States Bankruptcy Judge